1  PHILLIP A. TALBERT
   United States Attorney
2  EMILY G. SAUVAGEAU
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

```
┌─────────────────────────────────┐
│           FILED                 │
│                                 │
│        Mar 09, 2023             │
│   CLERK, U.S. DISTRICT COURT    │
│ EASTERN DISTRICT OF CALIFORNIA  │
└─────────────────────────────────┘
```

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  IN THE MATTER OF THE TRACKING OF:      CASE NO: 2:22-SW-867 AC

12  A RED 2021 NISSAN ROGUE, WITH          [PROPOSED] ORDER TO UNSEAL SEARCH
    LICENSE PLATE FX110DP AND VEHICLE      WARRANT AND SEARCH WARRANT
13  IDENTIFICATION NUMBER                  AFFIDAVIT
    JN1BJ1CW3MW437525
14

15

16

17      Upon application of the United States of America and good cause having been shown,

18      IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

19
    Dated:    March 9, 2023
20                                          THE HONORABLE JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

    [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT